UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

KOUMSSA WAKGIRA et al.,

Defendants.

CASE NO. 2:26-cr-00109-LK

ORDER CONTINUING TRIAL

This matter comes before the Court on Defendant Koumssa Wakgira's Unopposed Motion to Continue Trial and Extend Pretrial Motions Deadline. Dkt. No. 38. Co-defendant Justin Young joins the motion. *Id.* at 1. The Government does not oppose Defendants' request. *Id.*

Defendants are charged with conspiracy to commit burglaries involving controlled substances, in violation of 18 U.S.C. §§ 2118(b)(1)–(2), (d); 17 counts, collectively, of burglary and attempted burglary involving controlled substances, in violation of 18 U.S.C. §§ 2118(b)(1)–(2); and five counts of possession of controlled substances with intent to distribute, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C) and 18 U.S.C. § 2. Dkt. No. 11. At Mr. Young's arraignment on

June 11, 2026, he pleaded not guilty to all charges and was remanded to custody. Dkt. No. 18. The Court scheduled his trial for August 10, 2026, with pretrial motions due by July 2, 2026. *Id.* At Mr. Wakgira's arraignment on July 8, 2026, he likewise pleaded not guilty to all charges and was remanded to custody. Dkt. No. 33. The Court scheduled his trial for September 14, 2026, with pretrial motions due by July 29, 2026. *Id.* The Court previously granted Defendants' motion to continue the trial date to November 9, 2026, with pretrial motions due September 28, 2026. Dkt. No. 37.

Defendants seek a continuance of the trial date to April 26, 2027, with a "pretrial motions deadline consistent with the new trial date." Dkt. No. 38 at 1. The Government has provided discovery to Mr. Wakgira, and defense counsel's review of discovery is still ongoing. *Id.* at 2. Defendants seek a continuance to provide defense counsel with adequate time "for counsel to complete trial preparation, investigate the matter, gather evidence material to the defense, consult with the defendant, evaluate potential motions, and consider possible defenses[.]" *Id.* at 3. Review thus far has generated additional work that must be pursued, including a "supplemental production requested of the government" that is "still outstanding[.]" *Id.* at 2. Mr. Wakgira has waived his right to a speedy trial through April 30, 2027, Dkt. No. 39,[1] and Mr. Young has waived his right to a speedy trial through May 10, 2027, Dkt. No. 40.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and Defendants in any speedier trial. The Court finds that failure to grant the requested continuance would likely result in a miscarriage of justice by denying Defendants' counsel the reasonable time necessary to effectively

[1] The Court's Standing Order for all Criminal Cases requires that waivers of speedy trial extend "beyond the proposed new trial date by the longer of (1) three weeks beyond the noting date of the motion or (2) two weeks beyond the requested trial date." Dkt. No. 17 at 2. In the future, the Court will not grant motions for a continuance that do not comply with this requirement.

prepare for trial, to obtain and review discovery, to investigate the matter, to gather evidence material to the defense, and to pursue possible defenses, taking into account the exercise of due diligence. *See id.* § 3161(h)(7)(B)(i), (iv). The Court further finds that the additional time granted herein is a reasonable period of delay and will be necessary to provide counsel reasonable time to accomplish the above tasks. For these reasons, the Court GRANTS the motion and ORDERS that trial in this matter shall be continued to April 26, 2027. Pretrial motions are due by March 15, 2027. It is further ORDERED that, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B), the period of delay from the date of this Order to the new trial date is EXCLUDED when computing the time within which Defendants' trial must commence under the Speedy Trial Act. If expert testimony is anticipated, the parties must propose a date prior to trial (either at or before the pretrial conference) for a Daubert hearing.

Dated this 28th day of September, 2026.

Lauren King
United States District Judge